961 A.2d 55

**Marie ROEDER, Individually and as Executrix and Trustee for the Estate of Donald A. Roeder, Respondent**

v.

**Carl J. ROEDER, Petitioner.**

**No. 156 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of November, 2008, the "Emergent [sic] Motion for Stay Pending Appeal" is **DENIED.**